LYDIA JAMES
5738 HWY 84
WAYNESBORO, MS 39367

SOUTH CENTRAL REGIONAL
1220 JEFFERSON ST
LAUREL, MS 39440

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO, CA 94108

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130

JACOB LAW GROUP
2623 WEST OXFORD LOOP
OXFORD, MS 38655

KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39531

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

PLANET HOME LENDING
321 RESEARCH PARKWAY
SUITE 303
MERIDEN, CT 06450

PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLK, VA 23502