United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-51793-KMS
Lydia James Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 1
Date Rcvd: Nov 17, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lydia James, 5738 Hwy 84, Waynesboro, MS 39367-8111 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Lydia James trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

**SO ORDERED,**

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: November 17, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE:**

**LYDIA JAMES** **NO. 26-51793 KMS**

## ORDER

This matter having come on for consideration upon the Motion to Approve Agreement filed on behalf of Keesler Federal Credit Union (DK#_10_) and the Court being advised that all parties agree to the requested relief, and that the Motion to Approve Agreement is well taken and should be granted, it is therefore,

ORDERED, ADJUDGED AND DECREED that the Motion to Approve Agreement filed on behalf of Keesler Federal Credit Union be, and the same hereby is granted, and further the Automatic Stay of Section 362 of the Bankruptcy Code is hereby terminated as to Keesler Federal Credit Union so as to allow it to pursue its rightful remedies as to its subject matter personal property, namely one 2020 Jeep Cherokee, VIN 1C4PJMCB1LD650811.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the subject matter personal property of the Debtor be, and the same hereby is, abandoned as property of the estate.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be immediately enforceable, and the provisions of Rule 4001(a)(3) F.R.Bkp. Pro., shall not apply

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

to this Order.

**###END OF ORDER###**

AGREED BY:

______________________________
ROBERT ALAN BYRD, Attorney for
Keesler Federal Credit Union

/S/THOMAS C. ROLLINS, JR.,
Attorney for Debtor

/S/DEREK HENDERSON
Trustee

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

CERTIFICATE O

JAMES,LYDIA
650811

Form # 79-001

# STATE OF MISSISSIPPI

ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1C4PJMCB1LD650811 | JEEP | 2020 | CHEROKEE | UV | MS1190512128 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 02/22/2023 | | | USED | PC | 68142 ACTUAL |

OWNER(S)

JAMES, LYDIA
5738 HIGHWAY 84
WAYNESBORO MS 39367-8111

BRANDS

BENEFICIARY

1ST LIENHOLDER
KEESLER FEDERAL CREDIT UNION
PO BOX 7001
BILOXI MS 39534-7001

DATE: 02/10/2023

2ND LIENHOLDER

DATE:

MAIL TO
KEESLER FEDERAL CREDIT UNION
PO BOX 7001
BILOXI MS 39534-7001

M100-13

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN ______________________ (LIENHOLDER) BY ______________________ (SIGNATURE AND TITLE)
THIS ________ DAY OF ____________ 20 ____

2ND LIEN ______________________ (LIENHOLDER) BY ______________________ (SIGNATURE AND TITLE)
THIS ________ DAY OF ____________ 20 ____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS
THE 22ND DAY OF FEBRUARY 2023

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972 and subject to the provisions thereof.

CONTROL NUMBER
0 04523858

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED